NO. 07-03-0529-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

JANUARY 28, 2004

_____

DOUBLE ACE, INC., MATTHEW POPE,
AND ALYSSA POPE WOMACK, APPELLANTS

V.

BENNIE DALE POPE AND MICHAEL DEARDORFF, APPELLEES

_____

FROM THE 286TH DISTRICT COURT OF HOCKLEY COUNTY;

NO. 02-12-19019; HONORABLE HAROLD PHELAN, JUDGE

_____

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

**ABATEMENT**

Appellants Double Ace, Inc., Matthew Pope, and Alyssa Pope Womack filed an

accelerated notice of appeal from the trial court's order granting a temporary injunction in

favor of Bennie Dale Pope. The clerk's record, reporter's record, and appellants' brief have

been filed. Appellees' brief was due to be filed on January 26, 2004. Pursuant to Rule 8.1

of the Texas Rules of Appellate Procedure, on January 22, 2004, appellee Bennie Dale Pope filed a Notice of Bankruptcy in this Court together with an authenticated copy of the page of the bankruptcy petition showing that Double Ace, Inc. filed for bankruptcy on December 22, 2003.

Pursuant to 11 U.S.C. § 362, any further action in this accelerated appeal is automatically stayed. *See also* Tex. R. App. P. 8.2. For administrative purposes, the appeal is removed from this Court's docket and abated. Any documents filed subsequent to the bankruptcy petition will remain pending until the appeal is reinstated. As permitted by federal law, the appeal will be reinstated upon proper showing that the bankruptcy court has lifted or terminated the stay or upon a party's motion to sever the appeal with respect to the bankrupt party and reinstate the appeal as to other parties. *See* Tex. R. App. P. 8.3(a) & (b).

Accordingly, the appeal is abated.

Per Curiam